# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. TAHJEAY BALDWIN*

Case No. 3:16-cr-00092-TMB-DMS

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS**: **ORDER FROM CHAMBERS**

Having reviewed Magistrate Judge Smith's Initial Report and Recommendation on Defendant's Motion to Suppress (Docket No. 51), in conjunction with the plaintiff's response (Docket 34), no objections filed, and the Magistrate's Final Report and Recommendation (Docket 77), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Suppress (Docket 32) is DENIED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: April 4, 2017